56

GURTZ ELECTRIC COMPANY, Plaintiff-Appellant, v. MARTIN KAMENIR, Defendant—(PREMIER ELECTRICAL CONSTRUCTION COMPANY, Garnishee-Employer-Appellee.)

(No. 57202;

First District (5th Division)—February 9, 1973.

PER CURIAM.

Arthur Rosenblum, of Chicago, for appellant.

A. Denison Weaver, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. CHARLES TERRELL, Defendant-Appellant.

(No. 56771;

First District (5th Division)—December 29, 1972.

PER CURIAM.

Raymond W. Ewell, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robert J. Cohen, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM GRISWOLD, Defendant-Appellant.

(No. 71-204;

Third District—March 1, 1973.